**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  RUTH O. SIMPSON                                             Case Number: 07-70736
201 N. HORACE                 SSN-xxx-xx-6489
ROCKFORD, IL  61101

Case filed on:   3/29/2007
Plan Confirmed on:   6/29/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,228.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 2,500.00 | 2,500.00 | 1,499.50 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,499.50 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 578.91 | 578.91 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 26,279.97 | 26,279.97 | 381.23 | 0.00 |
|  | Total Priority | 26,858.88 | 26,858.88 | 381.23 | 0.00 |
| 999 | RUTH O. SIMPSON | 0.00 | 0.00 | 604.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 604.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 11,798.29 | 0.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 2,543.73 | 2,543.73 | 1,381.00 | 131.74 |
|  | Total Secured | 14,342.02 | 2,543.73 | 1,381.00 | 131.74 |
| 003 | CRUSADER CLINIC | 346.44 | 346.44 | 0.00 | 0.00 |
| 004 | ROCKFORD MERCANTILE AGENCY INC | 951.60 | 951.60 | 0.00 | 0.00 |
| 005 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | UNIVERSITY OF WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 87.60 | 87.60 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 3,297.98 | 3,297.98 | 0.00 | 0.00 |
|  | Total Unsecured | 4,683.62 | 4,683.62 | 0.00 | 0.00 |
|  | Grand Total: | 48,384.52 | 36,586.23 | 3,865.73 | 131.74 |

Total Paid Claimant:   $3,997.47
Trustee Allowance:   $230.53
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008              By  /s/Heather M. Fagan